STATE OF LOUISIANA IN     *     NO. 2021-CA-0353
THE INTEREST OF C.M., C.M.,
H.M., P.M., AND J.M.     *     COURT OF APPEAL

    *     FOURTH CIRCUIT

    *     STATE OF LOUISIANA

    *

    *

* * * * * * *

*SCJ*

**JENKINS, J., CONCURS IN THE RESULT**